HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE NATIONAL SECURITY LETTER

CASE NO. C13-1048RAJ

ORDER

This matter came before the court on the parties' May 20, 2014 stipulated motion to unseal specific documents from the docket in this action. The court GRANTS that motion, and orders as follows: The clerk shall UNSEAL this civil action. Before doing so, the clerk shall SEAL every document on the docket of this action *except* this order and the two documents attached to it.

The two documents attached to this order are the parties' stipulation to resolve this dispute, as well as a redacted version of Microsoft's 18 U.S.C. § 3511 petition challenging a national security letter it received from the Federal Bureau of Investigation.

In granting this stipulated motion, the court suggests no opinion on whether it is appropriate to maintain the remainder of the docket in this action under seal, or whether the redactions to Microsoft's petition are necessary to protect any legitimate interest of the FBI. The court merely observes that the parties' stipulation and this order are sufficient to ensure that the public can become aware of the existence of the national security letter that the FBI issued to Microsoft, Microsoft's petition challenging it, and other facts relevant to the petition. That will enable any member of the public to seek relief in this court if he or she believes that the redactions are inappropriate or that it is

ORDER – 1

inappropriate to continue to maintain the remainder of the docket in this action under seal.

DATED this 21st day of May, 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2